IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CHARLES CALVIN MOORE #209229,** :

    **Plaintiff,** :

**vs.** : CIVIL ACTION 08-0533-KD-M

**WARDEN JERRY FERRELL,** :

    **Defendants.** :

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** this the **2ⁿᵈ** day of **June 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**