IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES CALVIN MOORE #209229,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 08-0533-KD-M |
| **WARDEN JERRY FERRELL,** | : |
| Defendant. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised and a *de novo* determination of those portions of the Recommendation to which objection is made, Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 11, 2009, is **ADOPTED** as the opinion of this Court. In so doing, the Court finds that Plaintiff's appeal is frivolous and not taken in good faith. Accordingly, it is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **21st** day of **August 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**